Carl G. MUELLER, Petitioner,

v.

MERIT SYSTEMS PROTECTION
BOARD, Respondent.

No. 2007–3086.

United States Court of Appeals,
Federal Circuit.

June 7, 2007.

Carl G. Mueller, of Big Bear Lake, CA, pro se.

Raymond W. Angelo, Attorney, Office of the General Counsel, United States Merit Systems Protection Board, of Washington, DC, for respondent. With him on the brief were B. Chad Bungard, General Counsel; Rosa M. Koppel, Deputy General Counsel; and Stephanie M. Conley, Acting Associate General Counsel.

Before MAYER, Circuit Judge, PLAGER, Senior Circuit Judge, and LOURIE, Circuit Judge.

PER CURIAM.

Carl G. Mueller appeals the Merit Systems Protection Board's final decision, which dismissed his appeal for lack of jurisdiction. *Mueller v. Dep't of Agric.*, SF–0752–06–0777–I–1, 104 M.S.P.R. 443 (MSPB Dec. 14, 2006). We *affirm*.

The board's jurisdiction is limited to appeals by federal employees or applicants for federal employment. As a participant serving the Forest Service in the Senior Community Service Employment Program, Mueller does not fall into either of those categories. 42 U.S.C. § 3056b(a). In addition, the record shows that he was provided documents during his orientation explaining that he was not a Forest Service employee. Accordingly, the board properly dismissed the appeal for lack of jurisdiction.